## Holloway Estate.

Argued May 26, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

reargument refused November 22, 1971.*

*S. Regen Ginsburg,* with him *Leon H. Kline,* for appellant.

*Edward M. David* and *Otis W. Erisman,* with them *Saul, Ewing, Remick & Saul,* and *Truscott & Erisman,* for appellees.

*Philip A. Brégy,* with him *MacCoy, Evans & Lewis,* for amicus curiae.

OPINION PER CURIAM, October 13, 1971:
Decrees affirmed. Appellants to pay costs.

---

*Reporter's Note:* On April 3, 1972, the Supreme Court of the United States denied a petition for a writ of certiorari.